UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARL J. CIESLIKOWSKI and CATHY L. CIESLIKOWSKI,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive**,<br><br>Defendants. | Case No.: 5:17-cv-00562-MRW<br><br>**ORDER GRANTING PLAINTIFF'S LEAVE TO FILE UNDER SEAL**<br><br>**Honorable Judge Michael R. Wilner** |

[PROPOSED] ORDER

Upon consideration of Plaintiffs' Application for Leave to File Under Seal and Declaration of Russell Higgins in support thereof, and good cause appearing:

Plaintiffs' Application for Leave to File Under Seal, Exhibits 188, 200, 216, 235, 238, 251, 252, 259, 266, 269, 272, 291, 350, and 351 to their Opposition to Defendant's Motion for Summary Judgment, is GRANTED.

DATED: July 3, 2018

_____
Hon. Michael R. Wilner

**Prepared By:**

**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973
Attorneys for Plaintiffs
CARL J. CIESLIKOWSKI and
CATHY L. CIESLIKOWSKI

[PROPOSED] ORDER