**KNIGHT LAW GROUP LLP**
Steve Mikhov (SBN 224676)
stevem@knightlaw.com
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

**HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.**
Sepehr Daghighian, (SBN 239349)
sd@hdmnlaw.com
433 North Camden Drive, Fourth Floor
Beverly Hills, California 90210
Telephone: (310) 887-1333
Facsimile: (310) 887-1334

Attorneys for Plaintiffs

**NIXON PEABODY LLP**
Scott S. Shepardson (SBN 197446)
sshepardson@nixion Peabody.com
Aaron M. Brian (SBN 213191)
abrian@nixonpeabody.com
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Tel: (415) 984-8200
Fax: (415) 984-8300

Attorneys for Defendant

FCA US LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. CIESLIKOWSKI and CATHY L. CIESLIKOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC., a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-0562-MRW<br><br>*Assigned for All Purposes to the Honorable Magistrate Judge Michael R. Wilner*<br><br>**[PROPOSED] FIRST AMENDED JOINT TRIAL EXHIBIT LIST**<br><br>Pre-Trial Conf. Date: July 9, 2018<br>Trial Date: July 23, 2018 |

JOINT TRIAL EXHIBIT LIST

Pursuant to Fed. R. Civ. P. 16 and L.R. 281, Plaintiff Esmeralda Hernandez and Defendant FCA US LLC, by and through their respective counsel, hereby identify the following exhibits to be used at trial in this matter:

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Plaintiffs | Retail Installment Sale Contract dated May 31, 2011 | | | |
| 2 | Plaintiffs | Customer Assistant Inquiry Records | | | |
| 3 | Plaintiffs | Warranty Claim Records | | | |
| 4 | Plaintiffs | Warranty Claim Summary | Relevance Fed.R.Evid. 403 | | |
| 5 | Plaintiffs | Vehicle Information Detail Report | | | |
| 6 | Plaintiffs | Recall Index | Relevance Fed.R.Evid. 40 | | |
| 7 | Plaintiffs | Recall R71 | | | |
| 8 | Plaintiffs | Recall T36 | | | |
| 9 | Plaintiffs | Recalls by VIN | Relevance Fed.R.Evid. 403 | | |
| 10 | Plaintiffs | TSB Index | Relevance Fed.R.Evid. 403 | | |
| 11 | Plaintiffs | Repair Order No. 468565, dared December 1, 2011 | | | |
| 12 | Plaintiffs | Repair Order No. March 2, 2012 | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 13 | Plaintiffs | Repair Order No. 482509, dated September 18, 2012 | | | |
| 14 | Plaintiffs | Repair Order No. 485825, dated November 30, 2012 | | | |
| 15 | Plaintiffs | Repair Order No. 487165, dated January 2, 2013 | | | |
| 16 | Plaintiffs | Repair Order No. 4888249, dated January 22, 2014 | | | |
| 17 | Plaintiffs | Repair Order No. 491645, dated March 29, 2013 | | | |
| 18 | Plaintiffs | Repair Order No. 498991, dated September 11, 2013 | | | |
| 19 | Plaintiffs | Repair Order No. 500273, dated October 9, 2013 | | | |
| 20 | Plaintiffs | Repair Order No. 505107, dated January 22, 2014 | | | |
| 21 | Plaintiffs | Repair Order No. 507284, dated March 5, 2014 | | | |
| 22 | Plaintiffs | Repair Order No. 507867, dated March 17, 2014 | | | |
| 23 | Plaintiffs | Repair Order No. 508422, dated March 27, 2014 | | | |
| 24 | Plaintiffs | Repair Order No. 509717, dated April 23, 2014 | | | |
| 25 | Plaintiffs | Repair Order No. 511822, dated June 10, 2014 | | | |
| 26 | Plaintiffs | Repair Order No. 513334, dated June 16, 2014 | | | |
| 27 | Plaintiffs | Repair Order No. 516758, dated October 13, 2014 | | | |
| 28 | Plaintiffs | Repair Order No. 518199, dated November 14, 2014 | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 29 | Plaintiffs | Repair Order No. 518260, dated November 7, 2014 | | | |
| 30 | Plaintiffs | Repair Order No. 518450, dated November 20, 2014 | | | |
| 31 | Plaintiffs | Repair Order No. 523779, dated March 26, 2015 | | | |
| 32 | Plaintiffs | Repair Order No. 527316, dated June 17, 2015 | | | |
| 33 | Plaintiffs | Repair Order No. 527743, dated June 26, 2015 | | | |
| 34 | Plaintiffs | Repair Order No. 528657, dated July 20, 2015 | | | |
| 35 | Plaintiffs | Repair Order No. 531245, dated June 12, 2015 | | | |
| 36 | Plaintiffs | Repair Order No. 535099, dated December 11, 2015 | | | |
| 37 | Plaintiffs | Repair Order No. 535991, dated January 4, 2016 | | | |
| 38 | Plaintiffs | Repair Order No. 536779, dated January 4, 2016 | | | |
| 39 | Plaintiffs | Repair Order No. 538592, dated February 26, 2016 | | | |
| 40 | Plaintiffs | Repair Order No. 542679, dated June 1, 2016 | | | |
| 41 | Plaintiffs | Repair Order No. 546111, dated August 19, 2016 | | | |
| 42 | Plaintiffs | Repair Order No. 549723, dated November 16, 2016 | | | |
| 43 | Plaintiffs | Repair Order No. 553121, dated February 2, 2017 | | | |
| 44 | Plaintiffs | Repair Order No. 557801, dated May 8, 2017 | | | |
| 45 | Plaintiffs | Repair Order No. 559562, dated June 19, 2017 | | | |
| 46 | Plaintiffs | Repair Order No. 562736, dated September 23, 2017 | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 47 | Plaintiffs | America's Tire Invoice 1929500, dated September 24, 2012 | Relevance Fed.R.Evid. 403 | | |
| 48 | Plaintiffs | America's Tire Invoice 1953141, April 17, 2013 | Relevance Fed.R.Evid. 403 | | |
| 49 | Plaintiffs | America's Tire Invoice 1976001, dated October 10, 2013 | Relevance Fed.R.Evid. 403 | | |
| 50 | Plaintiffs | America's Tire Invoice 2019190, dated August 25, 2014 | Relevance Fed.R.Evid. 403 | | |
| 51 | Plaintiffs | Invoice No. 241785, dated May 31, 2011 | Relevance Fed.R.Evid. 403 | | |
| 52 | Plaintiffs | Invoice 248292, dated November 248292 | Relevance Fed.R.Evid. 403 | | |
| 53 | Plaintiffs | Invoice 253148 dated March 23, 2012 | Relevance Fed.R.Evid. 403 | | |
| 54 | Plaintiffs | CAIR Backup 25969558 | | | |
| 55 | Plaintiffs | CarFax History Report | Relevance Fed.R.Evid. 403 | | |
| 56 | Plaintiffs | Service Contract Claim Records | Relevance Fed.R.Evid. 403 | | |
| 57 | Plaintiffs | Service Contract Claim Summary | Relevance Fed.R.Evid. 403 | | |
| 58 | Plaintiffs | Vehicle Owner Information Report | Relevance Fed.R.Evid. 403 | | |

-5-
JOINT TRIAL EXHIBIT LIST

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 59 | Plaintiffs | AARP Insurance Information | Relevance Fed.R.Evid. 403 | | |
| 60 | Plaintiffs | User Guide | Relevance Fed.R.Evid. 403 | | |
| 61 | Plaintiffs | Vehicle Sticker | | | |
| 62 | Plaintiffs | Trade In Documents | | | |
| 63 | Plaintiffs | 2015 Chrysler dealership Policy Manual | | | |
| 64-99 | Plaintiffs | *Reserved* | | | |
| 101 | Plaintiffs | NHTSA Recall 05V-461 – Defect and Noncompliance Notice dated 10/04/2005 | | | |
| 103 | Plaintiffs | NHTSA Recall 05V-461 – Information Required by Defects Report Regulation dated 11/03/2005 | | | |
| 115 | Plaintiffs | NHTSA Recall 07V-291 – Defect Notice dated 7/03/2007 | | | |
| 116 | Plaintiffs | NHTSA Recall 07V-291 – Recall Acknowledgment dated 7/09/2007 | | | |
| 117 | Plaintiffs | NHTSA Recall 07V-291 – Remedy Instructions and TSB dated July 2007 | | | |
| 126 | Plaintiffs | NHTSA Recall 13V-282 Defect Notice dated 7/02/2013 | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 127 | Plaintiffs | NHTSA Recall 09V-438 – Defect Notice dated 11/03/2009 | | | |
| 129 | Plaintiffs | NHTSA Recall 09V-438 – Owner Notification Letter | | | |
| 130 | Plaintiffs | NHTSA Recall 09V-438 – Owner Notification Letter (version 2) | | | |
| 131 | Plaintiffs | NHTSA Recall 09V-438 – Remedy Instructions and TSB dated January 2010 | | | |
| 154 | Plaintiffs | NHTSA Recall 14V-530 – Defect Notice (Part 573) dated 9/03/2014 | | | |
| 176 | Plaintiffs | Safety Recall P54/NHTSA 14V-530 Dealer Service Instructions dated December 2014 | | | |
| 177 | Plaintiffs | Safety Recall P54/NHTSA 14V-530 Sample Owner Notification Letter | | | |
| 180 | Plaintiffs | Safety Recall R09/NHTSA 15V-115 Dealer Service Instructions dated July 2015 | | | |
| 181 | Plaintiffs | Safety Recall R09/NHTSA 15V-115 Sample Owner Notification Letter | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 182 | Plaintiffs | Technical Service Bulletin 08-018-08 Re: Flash Reprogram TIPM for Inability to Data Record dated 5/03/08 | | | |
| 183 | Plaintiffs | TSB 08-024-11 Rev. A Re: Flash Wireless Ignition Node (WIN) for Intermittent No Start or Intermittent RKE Function dated 07/01/11 | | | |
| 184 | Plaintiffs | Technical Service Bulletin 08-053-11 Re: Flash Reprogram TIPM for Vehicle Theft Alarm Intermittently Sounds, No Start dated 08/27/11 | | | |
| 188 | Plaintiffs | "Low Current Switch Best Practices and Lessons Learned" Support Document dated 06/05/09 Document Number SD-11814 (Bates CGLL079151-54) | | | |
| 189 | Plaintiffs | Continental Automotive Systems Software Release Notes for TIPM MY12 dated 12/22/10 (CGLLC060855-70) | | | |
| 190 | Plaintiffs | 2011 WK QNA Summary for TIPM Fuel Pump Relay (CGLLC076955-60) | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 191 | Plaintiffs | Continental Totally Integrated Power Management Module (TIPM7) Engineering Test Plan for Silicon contamination on NEC Relay dated 2013 (CGLLC077140-47) | | | |
| 192 | Plaintiffs | DealerConnect Part Inquiry for RL692316AI Screenshot dated 9/26/13 (CGLLC078446) | | | |
| 194 | Plaintiffs | Continental Analysis Report #0080813 dated 11/09/13 (CGLLC078953-77) | | | |
| 195 | Plaintiffs | Continental Analysis Report #0080813 Part 2 dated 11/09/13 (CGLLC078013-49) | | | |
| 196 | Plaintiffs | NEC/TOKIN Analysis Result of Returned Module for Continental (Interim 2nd) dated 11/29/13 (CGLLC077760-84) | | | |
| 198 | Plaintiffs | Continental: TIPM7 Risk Assessment Powerpoint dated April 2013 (CGLLC077148-50) | | | |
| 202 | Plaintiffs | Totally Integrated Power Module Investigation (TIPM7) Powerpoint dated 12/13/13 | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 203 | Plaintiffs | Powerpoint presentation titled "Relay Testing" dated 4/1/2014 (CGLLC061099-1101) | | | |
| 204 | Plaintiffs | TIPM7Fuel Pump Relay Executive Review Powerpoint dated 8/25/14 (CGLLC086853-61) | | | |
| 205 | Plaintiffs | Corrective Action Process Issue #208186 dated 01/04/06 (CGLLC087011-17) | | | |
| 220 | Plaintiffs | Corrective Action Process Issue #239773 dated 05/15/07 (CGLLC087096-101) | | | |
| 226 | Plaintiffs | Corrective Action Process Issue #258126 dated 06/11/08 (CGLLC087385-92) | | | |
| 227 | Plaintiffs | Corrective Action Process Issue #261428 dated 08/28/08 (CGLLC086902-08) | | | |
| 231 | Plaintiffs | Corrective Action Process Issue #264819 dated 11/18/08 (CGLLC087133-40) | | | |
| 232 | Plaintiffs | Corrective Action Process Issue #266031 dated 12/11/08 (CGLLC087141-47) | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 233 | Plaintiffs | Corrective Action Process Issue #267716 dated 02/02/09 (CGLLC087148-54) | | | |
| 234 | Plaintiffs | Corrective Action Process Issue #268873 dated 02/27/09 (CGLLC087393-400) | | | |
| 237 | Plaintiffs | Corrective Action Process Issue #272708 dated 06/16/09 (CGLLC087163-69) | | | |
| 238 | Plaintiffs | Corrective Action Process Issue #272814 dated 06/18/09 (CGLLC086945-51) | | | |
| 245 | Plaintiffs | Corrective Action Process Issue #291214 dated 06/28/10 (CGLLC087415-21) | | | |
| 252 | Plaintiffs | Corrective Action Process Issue #304626 dated 03/02/11 (CGLLC087437-45) | | | |
| 259 | Plaintiffs | Email from David Baker dated 6/17/14 regarding TIPM Returns from Safety Office Weekly Meeting Agenda (CGLLC060961-69) | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 261 | Plaintiffs | Email from Seakleang Chheu dated 10/04/10 regarding 2011 MY TIPM7C & &Ci (CGLLC060882-84) | | | |
| 262 | Plaintiffs | Email from Seakleang Chheu dated 10/21/10 regarding T1018-M10-00 (CGLLC063713) | | | |
| 272 | Plaintiffs | Email from Carlos Munoz-Valadez dated 8/21/13 regarding TIPM7 WD/WK Replacements for Fuel Pump Relay Issue (CGLLC077740-41) | | | |
| 273 | Plaintiffs | Email from Satnam Bansal dated 9/05/13 regarding TIPM7 WD/WK Replacements for Fuel Pump Relay Issue (CGLLC077137-38) | | | |
| 274 | Plaintiffs | Email from Greg Niemiec dated 9/27/13 regarding TIPM p/n RL692316AI (CGLLC078442-44) | | | |
| 277 | Plaintiffs | Email from Robert Samko Jr. dated 10/03/13 regarding WK'11 – TIPM no start (CGLLC084404-07) | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 282 | Plaintiffs | Email from David Bustamante dated 10/16/13 regarding TIPM-Service Part Shortage (CGLLC084641) | | | |
| 291 | Plaintiffs | Email from Satnam Bansal dated 11/11/13 regarding NHTSA Vehicle Owner Questionnaire (CGLLC084230-31 | | | |
| 292 | Plaintiffs | Email from Satnam Bansal dated 11/11/13 regarding NHTSA Vehicle Owner Questionnaire (CGLLC084230-31 | | | |
| 316 | Plaintiffs | Fraud Examiners Manual | | | |
| 318 | Plaintiffs | AICPA Code of Conduct | | | |
| 326 | Plaintiffs | Email from Omar Pena to David Baker dated 11/30/10 re: TIPM from VIN AL225358 – Door Locks INOP (CGLLC061232-37) | | | |
| 330 | Plaintiffs | Email from Dinh Tran to Jinnie Dusha dated 12/3/10 re: Hot CN (CGLLC060561-66) | | | |
| 332 | Plaintiffs | Email from Seakleang Chheu to Matthew Mihm dated 1/5/11 re: RT rad cooling fan warranty (CGLLC078351-52) | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 340 | Plaintiffs | Codes (CGLLC069406-070556) | | | |
| 341 | Plaintiffs | Chrysler TIPM7C – CI Action List – Open Items (CGLLC061595) | | | |
| 342 | Plaintiffs | My 2011 TIPM7C Top to Warranty 02/15/2011 (CGLLC061844) | | | |
| 343 | Plaintiffs | My 2011 TIPMC Top 10 Warranty 03/01/2011 (CGLLC061846) | | | |
| 344 | Plaintiffs | My 2011 TIPM7C Top 10 Warranty 01/31/2011 (CGLLC061889) | | | |
| 345 | Plaintiffs | My 2011 TIPM7C Top 10 Warranty 30/09/2011 (CGLLC061901) | | | |
| 346 | Plaintiffs | My 2011 TIPM7 Top 10 Warranty 12/20/2010(CGLLC061905) | | | |
| 350 | Plaintiffs | 2013.05.24 - Talking about external relay way before the September issues | | | |
| 500 | Defendant | Plaintiffs' Response to Defendant's Special Interrogatories | | | |
| 501 | Defendant | Plaintiffs' Response to Defendant's Request for Production of Documents | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 502 | Defendant | Lemon Law Level 1 and 2 Handling and Escalation Process | Hearsay Relevance Foundation Fed.R.Evid §§§801;403;602 | | |
| 503 | Defendant | Lemon Laws Overview | Hearsay Relevance Foundation Fed.R.Evid §§§801;403;602 | | |
| 504 | Defendant | Federal Register/Vol. 80. No. 146/Thursday July 30, 2015 Department of Transportation National Highway Traffic Safety Administration Denial of Motor Vehicle Defect Petition | Hearsay Relevance Foundation Fed.R.Evid §§§801;403;602 | | |
| 505 | Defendant | Update to warranty claim data | Hearsay Relevance Foundation Fed.R.Evid §§§801;403;602 | | |

Dated: September 19, 2018

Respectfully submitted,
**HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.**

_____
Sepehr Daghighian
Larry Castruita, Esq.
Attorneys for Plaintiffs,
**CARL CIESLIKOWSKI and CATHY L. CIESLIKOWSKI**

Dated: September 19, 2018

**NIXON PEABODY**

_____
Scott Shepardson, Esq.
Attorney for Defendant,
**FCA US LLC**

# PROOF OF SERVICE
[CCP, 1013a (3) CRE Rule 2006]

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 433 North Camden Drive, Fourth Floor, Beverly Hills, CA 90210.

On <u>September 19, 2018</u>, I served the foregoing document described as:

## JOINT TRIAL WITNESS LIST

That document was served on parties herein in this proceeding by placing true copies of the original in enclosed, sealed envelope(s) addressed as follows:

## SEE ATTACHED SERVICE LIST

**[X](BY MAIL)** I am "readily familiar" with the practices of HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C., in collecting and processing correspondence and documents for mailing. Under that practice, documents for mailing would be deposited with the US Postal Service on that same day this affidavit is signed with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date is more than 1-day after the day of deposit for mailing the affidavit. [CCP § 1013]

[X] **(BY OVERNIGHT MAIL)** I am "readily familiar" with the practices of the HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C., for collection and processing of documents for mailing via overnight delivery. I caused such document(s) to be placed in a sealed envelope designated by the overnight service carrier, addressed to the person(s) on whom it is to be served pursuant to the attached service list, and deposited said envelope in a box or other facility regularly maintained by the overnight service carrier with delivery fees paid or provided for. [CCP § 1013(c)]

[X] **(BY ELECTRONIC MAIL)** I caused the document(s) to be transmitted by electronic mail to the e-mail addresses for each party indicated on the attached service list.

[] **(BY PERSONAL DELIVERY)** I caused to be delivered such envelope by hand to the addressee at the address indicated on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>September 19, 2018</u>.

/s/Andrea Plata
<u>Andrea Plata</u>

-17-
JOINT TRIAL EXHIBIT LIST

## SERVICE LIST

| | |
|---|---|
| **KNIGHT LAW GROUP LLP**<br>Steve Mikhov, Esq.<br>stevem@knightlaw.com<br>1801 Century Park East, Suite 2300<br>Los Angeles, CA 90067<br>Fax: (310) 552-7973 | *Counsel for Plaintiffs* |
| **NIXON PEABODY LLP**<br>Scott Shepardson, Esq.<br>One Embarcadero Center 18th Floor<br>San Francisco, CA 94111-3600<br>Fax: (213) 629-6001 | *Counsel For Defendant: FCA US LLC* |