# LIST OF EXHIBITS AND WITNESSES

| Case Number | ED CV 17-562 MRW | Title | Carl J. Cieslikowski et al v. FCA US LLC, et al |
|---|---|---|---|
| **Judge** | Michael R. Wilner | | |
| **Dates of Trial or Hearing** | 10-1-2018 - 10-4-2018 | | |
| **Court Reporters or Tape No.** | Anne Kielwasser | | |
| **Deputy Clerks** | Veronica Piper | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Sepehr Daghighian | Scott Shepardson |
| Larry Castruita | Kenneth Natelborg |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Carl J. Cieslikowski | PL |
| | | | | | | Cathy L. Cieslikowski | PL |
| | | | | | | Greg Barnett | PL |
| | | | | | | Barbara Luna | PL |
| | | | | | | Tina Dietrich | PL |
| | | | | | | Jeff Richards | Def |
| | | | | | | James Bielenda | Def |

G-65 (03/07)     **LIST OF EXHIBITS AND WITNESSES**     Page 1 of 1

1  **KNIGHT LAW GROUP LLP**
   Steve Mikhov (SBN 224676)
2  stevem@knightlaw.com
   1801 Century Park East, Suite 2300
3  Los Angeles, CA 90067
   Telephone:  (310) 552-2250
4  Fax:            (310) 552-7973
5  **HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.**
   Sepehr Daghighian, (SBN 239349)
6  sd@hdmnlaw.com
   433 North Camden Drive, Fourth Floorz
7  Beverly Hills, California 90210
   Telephone:  (310) 887-1333
8  Facsimile:    (310) 887-1334
   Attorneys for Plaintiffs
9
10 **NIXON PEABODY LLP**
   Jennifer A. Kuenster, (SBN 104607)
11 jkuenster@nixonpeabody.com
   One Embarcadero Center, 18th Floor
12 San Francisco, CA 94111-3600
   Tel: (415) 984-8200
13 Fax: (415) 984-8300
14
15 **ONGARO PC**
   Scott S. Shepardson (SBN 197446)
16 sshepardson@ongaropc.com
   50 California Street, Suite 3325
17 San Francisco, CA  94111
   Telephone: (415) 433-3900
18 Fax: (415) 433-3950
   Attorneys for Defendant: FCA US LLC
19
20                    **UNITED STATES DISTRICT COURT**
                      **CENTRAL DISTRICT OF CALIFORNIA**
21

| | |
|---|---|
| 22  CARL J. CIESLIKOWSKI and CATHY L. CIESLIKOWSKI, | Case No.:  5:17-cv-0562-MRW |
| 23 | *Assigned to the Honorable Michael R. Wilner* |
| 24         Plaintiff, | |
| 25     vs. | **[PROPOSED] JOINT TRIAL EXHIBIT LIST** |
| 26  FCA US LLC., a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, | |
| 27 | |
| 28         Defendants. | Trial Date: October 1, 2018 |

JOINT TRIAL EXHIBIT LIST

Pursuant to Fed. R. Civ. P. 16 and L.R. 281, Plaintiffs Carl Cieslikowski and Cathy Cieslikowski and Defendant FCA US LLC, by and through their respective counsel, hereby identify the following exhibits to be used at trial in this matter:

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Plaintiffs | Retail Installment Sale Contract dated May 31, 2011 | | 10-1-18 | 10-1-18 |
| 2 | Plaintiffs | Customer Assistant Inquiry Records | | 10-2-18 | 10-2-18 |
| 3 | Plaintiffs | Warranty Claim Records | | 10-3-18 | 10-3-18 |
| 4 | Plaintiffs | Warranty Claim Summary | Relevance Fed.R.Evid. 403 | 10-3-18 | 10-3-18 |
| 5 | Plaintiffs | Vehicle Information Detail Report | | | |
| 6 | Plaintiffs | Recall Index | Relevance Fed.R.Evid. 403 | 10-2-18 | 10-2-18 |
| 7 | Plaintiffs | Recall R71 | | | |
| 8 | Plaintiffs | Recall T36 | | | |
| 9 | Plaintiffs | Recalls by VIN | Relevance Fed.R.Evid. 403 | | |
| 10 | Plaintiffs | TSB Index | Relevance Fed.R.Evid. 403 | | |
| 11 | Plaintiffs | Repair Order No. 468565, dared December 1, 2011 | | | |
| 12 | Plaintiffs | Repair Order No. March 2, 2012 | | 10-3-18 | 10-3-18 |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 13 | Plaintiffs | Repair Order No. 482509, dated September 18, 2012 | | 10-1-18 | 10-1-18 |
| 14 | Plaintiffs | Repair Order No. 485825, dated November 30, 2012 | | 10-3-18 | 10-3-18 |
| 15 | Plaintiffs | Repair Order No. 487165, dated January 2, 2013 | | 10-1-18 | 10-1-18 |
| 16 | Plaintiffs | Repair Order No. 4888249, dated January 22, 2014 | | 10-1-18 | 10-1-18 |
| 17 | Plaintiffs | Repair Order No. 491645, dated March 29, 2013 | | 10-1-18 | 10-1-18 |
| 18 | Plaintiffs | Repair Order No. 498991, dated September 11, 2013 | | 10-3-18 | 10-3-18 |
| 19 | Plaintiffs | Repair Order No. 500273, dated October 9, 2013 | | 10-3-18 | 10-3-18 |
| 20 | Plaintiffs | Repair Order No. 505107, dated January 22, 2014 | | 10-3-18 | 10-3-18 |
| 21 | Plaintiffs | Repair Order No. 507284, dated March 5, 2014 | | 10-1-18 | 10-1-18 |
| 22 | Plaintiffs | Repair Order No. 507867, dated March 17, 2014 | | 10-1-18 | 10-1-18 |
| 23 | Plaintiffs | Repair Order No. 508422, dated March 27, 2014 | | 10-1-18 | 10-1-18 |
| 24 | Plaintiffs | Repair Order No. 509717, dated April 23, 2014 | | 10-1-18 | 10-1-18 |
| 25 | Plaintiffs | Repair Order No. 511822, dated June 10, 2014 | | 10-1-18 | 10-1-18 |
| 26 | Plaintiffs | Repair Order No. 513334, dated June 16, 2014 | | 10-1-18 | 10-1-18 |
| 27 | Plaintiffs | Repair Order No. 516758, dated October 13, 2014 | | 10-1-18 | 10-1-18 |
| 28 | Plaintiffs | Repair Order No. 518199, dated November 14, 2014 | | 10-4-18 | 10-4-18 |
| 29 | Plaintiffs | Repair Order No. 518260, dated November 7, 2014 | | 10-1-18 | 10-1-18 |

-3-
JOINT TRIAL EXHIBIT LIST

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 30 | Plaintiffs | Repair Order No. 518450, dated November 20, 2014 | | 10-2-18 | 10-2-18 |
| 31 | Plaintiffs | Repair Order No. 523779, dated March 26, 2015 | | 10-4-18 | 10-4-18 |
| 32 | Plaintiffs | Repair Order No. 527316, dated June 17, 2015 | | 10-1-18 | 10-1-18 |
| 33 | Plaintiffs | Repair Order No. 527743, dated June 26, 2015 | | 10-1-18 | 10-1-18 |
| 34 | Plaintiffs | Repair Order No. 528657, dated July 20, 2015 | | 10-4-18 | 10-4-18 |
| 35 | Plaintiffs | Repair Order No. 531245, dated June 12, 2015 | | 10-2-18 | 10-2-18 |
| 36 | Plaintiffs | Repair Order No. 535099, dated December 11, 2015 | | 10-4-18 | 10-4-18 |
| 37 | Plaintiffs | Repair Order No. 535991, dated January 4, 2016 | | 10-2-18 | 10-2-18 |
| 38 | Plaintiffs | Repair Order No. 536779, dated January 4, 2016 | | 10-2-18 | 10-2-18 |
| 39 | Plaintiffs | Repair Order No. 538592, dated February 26, 2016 | | 10-2-18 | 10-2-18 |
| 40 | Plaintiffs | Repair Order No. 542679, dated June 1, 2016 | | | |
| 41 | Plaintiffs | Repair Order No. 546111, dated August 19, 2016 | | 10-2-18 | 10-2-18 |
| 42 | Plaintiffs | Repair Order No. 549723, dated November 16, 2016 | | 10-4-18 | 10-4-18 |
| 43 | Plaintiffs | Repair Order No. 553121, dated February 2, 2017 | | 10-2-18 | 10-2-18 |
| 44 | Plaintiffs | Repair Order No. 557801, dated May 8, 2017 | | 10-4-18 | 10-4-18 |
| 45 | Plaintiffs | Repair Order No. 559562, dated June 19, 2017 | | 10-2-18 | 10-2-18 |
| 46 | Plaintiffs | Repair Order No. 562736, dated September 23, 2017 | | | |
| 47 | Plaintiffs | America's Tire Invoice 1929500, dated September 24, 2012 | Relevance Fed.R.Evid. 403 | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 48 | Plaintiffs | America's Tire Invoice 1953141, April 17, 2013 | Relevance Fed.R.Evid. 403 | | |
| 49 | Plaintiffs | America's Tire Invoice 1976001, dated October 10, 2013 | Relevance Fed.R.Evid. 403 | | |
| 50 | Plaintiffs | America's Tire Invoice 2019190, dated August 25, 2014 | Relevance Fed.R.Evid. 403 | | |
| 51 | Plaintiffs | Invoice No. 241785, dated May 31, 2011 | Relevance Fed.R.Evid. 403 | | |
| 52 | Plaintiffs | Invoice 248292, dated November 248292 | Relevance Fed.R.Evid. 403 | | |
| 53 | Plaintiffs | Invoice 253148 dated March 23, 2012 | Relevance Fed.R.Evid. 403 | | |
| 54 | Plaintiffs | CAIR Backup 25969558 | | 10-2-18 | 10-2-18 |
| 55 | Plaintiffs | CarFax History Report | Relevance Fed.R.Evid. 403 | | |
| 56 | Plaintiffs | Service Contract Claim Records | Relevance Fed.R.Evid. 403 | 10-4-18 | 10-4-18 |
| 57 | Plaintiffs | Service Contract Claim Summary | Relevance Fed.R.Evid. 403 | 10-4-18 | 10-4-18 |
| 58 | Plaintiffs | Vehicle Owner Information Report | Relevance Fed.R.Evid. 403 | | |
| 59 | Plaintiffs | AARP Insurance Information | Relevance Fed.R.Evid. 403 | | |
| 60 | Plaintiffs | User Guide | Relevance Fed.R.Evid. 403 | 10-3-18 | 10-3-18 |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 61 | Plaintiffs | Vehicle Sticker | | | |
| 62 | Plaintiffs | Trade In Documents | | 10-1-18 | |
| 63 | Plaintiffs | 2015 Chrysler dealership Policy Manual | | 10-3-18 | 10-3-18 |
| 64 | Plaintiffs | Auburn CDJR Workorder 334873 Dated 9/5/18 | | | |
| 65 | Plaintiffs | Warranty Book | | 10-3-18 | 10-3-18 |
| 66-99 | Plaintiffs | *Reserved* | | | |
| 101 | Plaintiffs | NHTSA Recall 05V-461 – Defect and Noncompliance Notice dated 10/04/2005 | Excluded pursuant to Court's ruling on Motion in Limine | | |
| 103 | Plaintiffs | NHTSA Recall 05V-461 – Information Required by Defects Report Regulation dated 11/03/2005 | Excluded pursuant to Court's ruling on Motion in Limine | | |
| 115 | Plaintiffs | NHTSA Recall 07V-291 – Defect Notice dated 7/03/2007 | Excluded pursuant to Court's ruling on Motion in Limine | 10-2-18 | 10-2-18 |
| 116 | Plaintiffs | NHTSA Recall 07V-291 – Recall Acknowledgment dated 7/09/2007 | Excluded pursuant to Court's ruling on Motion in Limine | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 117 | Plaintiffs | NHTSA Recall 07V-291 – Remedy Instructions and TSB dated July 2007 | Excluded pursuant to Court's ruling on Motion in Limine | 10-2-18 | 10-2-18 |
| 126 | Plaintiffs | NHTSA Recall 13V-282 Defect Notice dated 7/02/2013 | Excluded pursuant to Court's ruling on Motion in Limine | | |
| 127 | Plaintiffs | NHTSA Recall 09V-438 – Defect Notice dated 11/03/2009 | Excluded pursuant to Court's ruling on Motion in Limine | | |
| 129 | Plaintiffs | NHTSA Recall 09V-438 – Owner Notification Letter | Excluded pursuant to Court's ruling on Motion in Limine | | |
| 130 | Plaintiffs | NHTSA Recall 09V-438 – Owner Notification Letter (version 2) | Excluded pursuant to Court's ruling on Motion in Limine | | |
| 131 | Plaintiffs | NHTSA Recall 09V-438 – Remedy Instructions and TSB dated January 2010 | Excluded pursuant to Court's ruling on Motion in Limine | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 154 | Plaintiffs | NHTSA Recall 14V-530 – Defect Notice (Part 573) dated 9/03/2014 | Relevance Fed.R.Evid. 403 | | |
| 176 | Plaintiffs | Safety Recall P54/NHTSA 14V-530 Dealer Service Instructions dated December 2014 | Relevance Fed.R.Evid. 403 | 10-2-18 | 10-2-18 |
| 177 | Plaintiffs | Safety Recall P54/NHTSA 14V-530 Sample Owner Notification Letter | Relevance Fed.R.Evid. 403 | | |
| 180 | Plaintiffs | Safety Recall R09/NHTSA 15V-115 Dealer Service Instructions dated July 2015 | Relevance Fed.R.Evid. 403 | 10-2-18 | 10-2-18 |
| 181 | Plaintiffs | Safety Recall R09/NHTSA 15V-115 Sample Owner Notification Letter | Relevance Fed.R.Evid. 403 | | |
| 182 | Plaintiffs | Technical Service Bulletin 08-018-08 Re: Flash Reprogram TIPM, dated 5/03/08 | Relevance Fed.R.Evid. 403 | | |
| 183 | Plaintiffs | TSB 08-024-11 Rev. A Re: Flash Wireless Ignition Node (WIN), dated 07/01/11 | Relevance Fed.R.Evid. 403 | 10-2-18 | 10-2-18 |
| 184 | Plaintiffs | Technical Service Bulletin 08-053-11 Re: Flash Reprogram TIPM, dated 08/27/11 | Relevance Fed.R.Evid. 403 | | |
| 188 | Plaintiffs | Chysler LLC Support Document dated 06/05/09 Document Number SD-11814 (Bates CGLL079151-54) | Relevance Fed.R.Evid. 403 | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 189 | Plaintiffs | Continental Automotive Systems Software Release Notes for TIPM MY12 dated 12/22/10 (CGLLC060855-70) | Relevance Fed.R.Evid. 403 | | |
| 190 | Plaintiffs | 2011 WK QNA Summary for TIPM Fuel Pump Relay (CGLLC076955-60) | Relevance Fed.R.Evid. 403 | | |
| 191 | Plaintiffs | Continental Totally Integrated Power Management Module (TIPM7) Engineering Test Plan for Silicon contamination on NEC Relay dated 2013 (CGLLC077140-47) | Relevance Fed.R.Evid. 403 | | |
| 192 | Plaintiffs | DealerConnect Part Inquiry for RL692316AI Screenshot dated 9/26/13 (CGLLC078446) | Relevance Fed.R.Evid. 403 | | |
| 194 | Plaintiffs | Continental Analysis Report #0080813 dated 11/09/13 (CGLLC078953-77) | Relevance Fed.R.Evid. 403 | 10-2-18 | 10-2-18 |
| 195 | Plaintiffs | Continental Analysis Report #0080813 Part 2 dated 11/09/13 (CGLLC078013-49) | Relevance Fed.R.Evid. 403 | 10-2-18 | 10-2-18 |
| 196 | Plaintiffs | NEC/TOKIN Analysis Result of Returned Module for Continental (Interim 2nd) dated 11/29/13 (CGLLC077760-84) | Relevance Fed.R.Evid. 403 | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 198 | Plaintiffs | Continental: TIPM7 Risk Assessment Powerpoint dated April 2013 (CGLLC077148-50) | Relevance Fed.R.Evid. 403 | | |
| 202 | Plaintiffs | Totally Integrated Power Module Investigation (TIPM7) Powerpoint dated 12/13/13 | Relevance Fed.R.Evid. 403 | | |
| 203 | Plaintiffs | Powerpoint presentation titled "Relay Testing" dated 4/1/2014 (CGLLC061099-1101) | Relevance Fed.R.Evid. 403 | | |
| 204 | Plaintiffs | TIPM7Fuel Pump Relay Executive Review Powerpoint dated 8/25/14 (CGLLC086853-61) | Relevance Fed.R.Evid. 403 | 10-2-18 | 10-2-18 |
| 205 | Plaintiffs | Corrective Action Process Issue #208186 dated 01/04/06 (CGLLC087011-17) | Relevance Fed.R.Evid. 403 | | |
| 220 | Plaintiffs | Corrective Action Process Issue #239773 dated 05/15/07 (CGLLC087096-101) | Relevance Fed.R.Evid. 403 | | |
| 226 | Plaintiffs | Corrective Action Process Issue #258126 dated 06/11/08 (CGLLC087385-92) | Relevance Fed.R.Evid. 403 | | |
| 227 | Plaintiffs | Corrective Action Process Issue #261428 dated 08/28/08 (CGLLC086902-08) | Relevance Fed.R.Evid. 403 | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 231 | Plaintiffs | Corrective Action Process Issue #264819 dated 11/18/08 (CGLLC087133-40) | Relevance Fed.R.Evid. 403 | | |
| 232 | Plaintiffs | Corrective Action Process Issue #266031 dated 12/11/08 (CGLLC087141-47) | Relevance Fed.R.Evid. 403 | | |
| 233 | Plaintiffs | Corrective Action Process Issue #267716 dated 02/02/09 (CGLLC087148-54) | Relevance Fed.R.Evid. 403 | | |
| 234 | Plaintiffs | Corrective Action Process Issue #268873 dated 02/27/09 (CGLLC087393-400) | Relevance Fed.R.Evid. 403 | | |
| 237 | Plaintiffs | Corrective Action Process Issue #272708 dated 06/16/09 (CGLLC087163-69) | Relevance Fed.R.Evid. 403 | | |
| 238 | Plaintiffs | Corrective Action Process Issue #272814 dated 06/18/09 (CGLLC086945-51) | Relevance Fed.R.Evid. 403 | | |
| 245 | Plaintiffs | Corrective Action Process Issue #291214 dated 06/28/10 (CGLLC087415-21) | Relevance Fed.R.Evid. 403 | | |
| 252 | Plaintiffs | Corrective Action Process Issue #304626 dated 03/02/11 (CGLLC087437-45) | Relevance Fed.R.Evid. 403 | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 259 | Plaintiffs | Email from David Baker dated 6/17/14 | Excluded pursuant to Court's ruling on Motion in Limine | | |
| 261 | Plaintiffs | Email from Seakleang Chheu dated 10/04/10 | Excluded pursuant to Court's ruling on Motion in Limine | | |
| 262 | Plaintiffs | Email from Seakleang Chheu dated 10/21/10 | Relevance Fed.R.Evid. 403 | | |
| 272 | Plaintiffs | Email from Carlos Munoz-Valadez dated 8/21/13 | Relevance Fed.R.Evid. 403 | 10-2-18 | 10-2-18 |
| 273 | Plaintiffs | Email from Satnam Bansal dated 9/05/13 | Relevance Fed.R.Evid. 403 | | |
| 274 | Plaintiffs | Email from Greg Niemiec dated 9/27/13 | Relevance Fed.R.Evid. 403 | 10-2-18 | 10-2-18 |
| 277 | Plaintiffs | Email from Robert Samko Jr. dated 10/03/13 | Relevance Fed.R.Evid. 403 | | |
| 282 | Plaintiffs | Email from David Bustamante dated 10/16/13 | Relevance Fed.R.Evid. 403 | | |
| 291 | Plaintiffs | Email from Satnam Bansal dated 11/11/13 | Relevance Fed.R.Evid. 403 | | |
| 292 | Plaintiffs | Email from Satnam Bansal dated 11/11/13 | Relevance Fed.R.Evid. 403 | | |
| 316 | Plaintiffs | *Reserved* | | | |

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 318 | Plaintiffs | *Reserved* | | | |
| 326 | Plaintiffs | Email from Omar Pena to David Baker dated 11/30/10 | Relevance Fed.R.Evid. 403 | | |
| 330 | Plaintiffs | Email from Dinh Tran to Jinnie Dusha dated 12/3/10 | Relevance Fed.R.Evid. 403 | | |
| 332 | Plaintiffs | Email from Seakleang Chheu to Matthew Mihm dated 1/5/11 | Relevance Fed.R.Evid. 403 | | |
| 340 | Plaintiffs | Codes (CGLLC069406-070556) | Relevance Fed.R.Evid. 403 | | |
| 341 | Plaintiffs | Chrysler TIPM7C – CI Action List – Open Items (CGLLC061595) | Relevance Fed.R.Evid. 403 | | |
| 342 | Plaintiffs | My 2011 TIPM7C Top to Warranty 02/15/2011 (CGLLC061844) | Relevance Fed.R.Evid. 403 | | |
| 343 | Plaintiffs | My 2011 TIPMC Top 10 Warranty 03/01/2011 (CGLLC061846) | Relevance Fed.R.Evid. 403 | | |
| 344 | Plaintiffs | My 2011 TIPM7C Top 10 Warranty 01/31/2011 (CGLLC061889) | Relevance Fed.R.Evid. 403 | | |
| 345 | Plaintiffs | My 2011 TIPM7C Top 10 Warranty 30/09/2011 (CGLLC061901) | Relevance Fed.R.Evid. 403 | | |
| 346 | Plaintiffs | My 2011 TIPM7 Top 10 Warranty 12/20/2010(CGLLC061905) | Relevance Fed.R.Evid. 403 | | |
| 350 | Plaintiffs | Email from Satnam Bansal dated 5/24/2013 | Relevance Fed.R.Evid. 403 | | |

-13-
JOINT TRIAL EXHIBIT LIST

| Exhibit No. | Submitted by | Description | Grounds for Objection | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 500 | Defendant | Lemon Law Level 1 and 2 Handling and Escalation Process | Hearsay Relevance Foundation Fed.R.Evid §§§801;403;602 | | |
| 501 | Defendant | Lemon Laws Overview | Hearsay Relevance Foundation Fed.R.Evid §§§801;403;602 | | |
| 502 | Defendant | Federal Register/Vol. 80. No. 146/Thursday July 30, 2015 Department of Transportation National Highway Traffic Safety Administration Denial of Motor Vehicle Defect Petition | Hearsay Relevance Foundation Fed.R.Evid §§§801;403;602 | 10-2-18 | 10-2-18 |
| 503 | Defendant | FCA and Stericycle Expert Solutions 12R California Module Training Materials | Hearsay Relevance Foundation Fed.R.Evid §§§801;403;602 | | |

-14-
JOINT TRIAL EXHIBIT LIST

| | | |
|---|---|---|
| 1 | Date: September 28, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C. |
| 4 | | |
| 5 | | By:  */s/ Sepehr Daghighian* |
| 6 | | Sepehr Daghighian, Esq. |
| 7 | | Larry Castruita, Esq. Attorneys for Plaintiffs, |
| 8 | | CARL CIESLIKOWSKI and CATHY L. CIESLIKOWSKI |
| 9 | | |
| 10 | | |
| 11 | Date: September 28, 2018 | ONGARO PC |
| 12 | | |
| 13 | | |
| 14 | | By:  */s/ Scott S. Shepardson* |
| 15 | | Scott S. Shepardson, Esq. Attorney for Defendant, |
| 16 | | FCA US LLC |