# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carl J. Cieslikowski et al., | CASE NUMBER |
| PLAINTIFF(S) | ED CV 17-562 MRW |
| v. | |
| FCA US LLC, et al., | **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)** |
| DEFENDANT(S). | |

This action came on for jury trial, the Honorable  Michael R. Wilner  District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Carl J. Cieslikowski

Cathy L. Cieslikowski

recover of the defendant(s):

FCA US LLC, et al

the sum of  $621,907.13 , ~~with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of~~  no interest recoverable .

Clerk, U. S. District Court

Dated: 10/23/2018

By Veronica Piper
Deputy Clerk

cc: *Counsel of record*

CV-49 (05/98)      **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**