# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. CIESLIKOWSKI and CATHY L. CIESLIKOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC., a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:17-cv-0562-MRW<br><br>*Assigned to the Honorable Michael R. Wilner*<br><br>[~~PROPOSED~~] **JUDGMENT IN A CIVIL ACTION** |

THE COURT HAS ORDERED THAT:

Plaintiffs Carl J. Cieslikowski and Cathy Cieslikowski ("Plaintiffs") recover from the Defendant FCA US LLC ("Defendant") the amount of One Hundred Sixteen Thousand Six-Hundred Twenty-Six Dollars and 44/100 ($116,626.44),. Additionally, Plaintiffs are required to return the subject vehicle to Defendant or its authorized dealerships on or before June 17, 2019. Payment to Plaintiffs shall follow within 24-hours.

---

STIPULATION RE: ENTRY OF JUDGMENT

Plaintiffs additionally shall recover from Defendant costs and fees in the amount of $13,378.20.

This action was tried by a jury with Judge Michael R. Wilner presiding, and the jury has rendered a verdict.

Date: May 24, 2019

/s/ Judge Wilner

_____
~~Signature of the clerk or Deputy Clerk~~
XXXXXXXXXXXXXXX

U.S. Magistrate Judge
Michael R. Wilner

STIPULATION RE: ENTRY OF JUDGMENT