# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL J. CIESLIKOWSKI and CATHY CIESLIKOWSKI, <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC, <br><br> Defendant. | Case No. ED CV 17-562 MRW <br><br> **JUDGMENT** |

    1.    Judgment is entered in favor of Plaintiffs Carl and Cathy Cieslikowski and against Defendant FCA US LLC in the amount of **$308,530.96.** Defendant FCA will also pay Plaintiffs the sum of $13,378.20 in fees and costs. Payment will be due within five working days from the issuance of this judgment.

    2.    The amounts listed above will bear prejudgment and postjudgment interest as allowed by law.

3. The Court reads the competing submissions from the parties (Docket # 233 and 234) as unbriefed requests for a ruling on the propriety of interest awards. The requests of both parties are denied without prejudice for failure to comply with the Local Rules of Court. Simply shoving a couple of judicial decisions into a court filing (Plaintiffs) or silently refusing to take up the issue (Defendant) won't do it with me. However, without giving an unconstitutional advisory opinion, should the parties bring the issue back to me, they can address whether California Civil Code section 6289(b) or 28 U.S.C. § 1961(a-b) applies to a putative calculation of postjudgment interest. See, e.g., American Tel. & Tel. Co. v. United Computer Systems, Inc., 98 F.3d 1206, 1209 (9th Cir. 1996) ("state law determines the rate of prejudgment interest, and postjudgment interest is governed by federal law").

Dated: July 12, 2021

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE